In the Matter of the Compensation of
Norman Z. Anlauf, Claimant.

ANLAUF,
*Petitioner,*

*v.*

STATE ACCIDENT INSURANCE FUND
CORPORATION,
*Respondent.*

(No. 78-00431, CA A24682)

653 P2d 1283

David C. Force, Eugene, argued the cause for petitioner. On the brief were Evohl F. Malagon, and Malagon & Velure, Eugene.

Darrell E. Bewley, Appellate Counsel, State Accident Insurance Fund Corporation, Salem, argued the cause and filed the brief for respondent.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM

## PER CURIAM

Claimant appeals from a Workers' Compensation Board (board) order reducing the attorney fee the referee awarded claimant's attorney pursuant to ORS 656.386(1). The order was issued after we reversed and remanded the board's earlier dismissal of State Accident Insurance Fund Corporation's (SAIF) request for review of the referee's award. *SAIF v. Anlauf*, 52 Or App 115, 627 P2d 1269 (1981). Claimant's present appeal is simply a collateral attack on our earlier holding that the board had jurisdiction to review the award pursuant to ORS 656.295, in accordance with SAIF's request.

Affirmed.[1]

---

[1] Claimant raises only the issue of the board's authority to review the attorney fees award; he does not ask that we review the merits of the board's order.